NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0825

JAMES WILLIS

VERSUS

OMAR M. TOBEH
d/b/a TOP CARS AUTO SALES & REPAIR

**********

APPEAL FROM THE
LAFAYETTE CITY COURT
PARISH OF LAFAYETTE
NO. CV02-2193 SCD/TR
HONORABLE DOUGLAS J. SALOOM, CITY COURT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

JUDGMENT VACATED AND REMANDED.

William F. Gandy, Jr.
Attorney at Law
P. O. Box 61026
Lafayette, LA 70596
(337) 988-4183
Counsel for Defendant/Appellant:
    Omar M. Tobeh

James Willis
In Proper Person
600 Mixon #10
New Iberia, LA 70560